IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | ORDER |
| Plaintiff, | |
| | 07-cr-146-bbc |
| v. | |
| CRISANTO MARTINEZ LOPEZ, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     Defendant Crisanto Martinez-Lopez by counsel Mark Eisenberg has filed a notice of appeal and motion and affidavit for leave to proceed on appeal in forma pauperis. The motion is GRANTED. From my review of the information in the affidavit and the presentence report, I am satisfied that defendant is financially unable to pay the costs of his appeal. I conclude also that defendant is financially eligible for the appointment of counsel. I will send the Court of Appeals for the Seventh Circuit a copy of this order so that it can appoint appellate counsel for defendant.

     Entered this 26th day of February, 2008.

                                      BY THE COURT:
                                      /s/
                                      BARBARA B. CRABB
                                      District Judge